UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY THIBODEAUX,<br>    Petitioner | CIVIL ACTION |
| VERSUS | NO. 17-17701 |
| DARRYL VANNOY, ET AL.,<br>    Defendants | SECTION: "E"(2) |

## ORDER

Before the Court is Petitioner Timothy Thibodeaux's Petition for a Writ of Habeas Corpus.[1] This matter was referred to the United States Magistrate Judge, who issued his Report and Recommendation on August 10, 2018.[2] The period for objections ended on August 24, 2018, with no objections filed. The Court, having considered the petition, the record, the applicable law, and the magistrate judge's Report and Recommendation finds the magistrate judge's findings of fact and conclusions of law are correct. As a result, the Court hereby approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Petitioner Timothy Thibodeaux's federal habeas corpus proceeding under 28 U.S.C. § 2254 be and hereby is **STAYED** and the case be and hereby is **CLOSED** for all administrative purposes pending exhaustion of his unexhausted Confrontation Clause claim in state court.

**IT IS FURTHER ORDERED** that Petitioner be required to move to re-open this

---

[1] R. Doc. 6.
[2] R. Doc. 12.

1

matter within sixty days after finality of all state post-conviction review related to the unexhausted claim.

**New Orleans, Louisiana, on this 13th day of September, 2018.**

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**